E.D.N.Y.
21-cr-00080
Donnelly, *J.*

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

————————

 At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand twenty-three.

Present:

   Gerard E. Lynch,
   Michael H. Park,
    *Circuit Judges,*
   Omar A. Williams,
    *District Judge.*[*]

———————————————————

United States of America,

    *Appellee,*

  v.             23-7577-cr
              **ORDER**

Douglass Mackey,

    *Defendant-Appellant.*

———————————————————

IT IS HEREBY ORDERED that Defendant-Appellant Douglass Mackey's motion for release pending appeal is GRANTED. Mackey's surrender date is stayed. The District Court is ordered to determine the appropriate terms of release, without prejudice to the government's making a future request for detention.

IT IS FURTHER ORDERED that this appeal is EXPEDITED. Mackey's initial brief will be due on or before January 5, 2024. The government's response will be due on or before February 5, 2024. Mackey's reply brief will be due on or before February 20, 2024. The Clerk is directed to calendar this appeal as soon as practicable after February 20, 2024.

      For the Court:
      Catherine O'Hagan Wolfe, Clerk of Court



———————————————

 [*] Judge Omar A. Williams, of the United States District Court for the District of Connecticut, sitting by designation.