

1500 K Street, NW  
Suite 900  
Washington, DC 20005

Tel: 202.662.8600  
Fax: 202.783.0857  
www.lawyerscommittee.org

April 10, 2024

<u>VIA ACMS</u>

Catherine O'Hagan Wolfe  
Clerk of Court  
U.S. Court of Appeals for the Second Circuit  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re:   <u>*United States of America v. Douglass Mackey*, No. 23-7577</u>

Dear Ms. O'Hagan Wolfe:

    I hereby withdraw my appearance as counsel for Amicus Curiae Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee"). As of 5:00 PM on April 12, 2024, I will no longer be employed with the Lawyers' Committee. Marc P. Epstein, who was admitted *pro hac vice* in this matter on February 15, 2024, and to the Second Circuit on March 26, 2024, and Ezra D. Rosenberg, Edward G. Caspar, and Pooja Chaudhuri, who were admitted *pro hac vice* in this matter on February 15, 2024, will continue to represent Amicus Curiae.

Sincerely,

<u>/s/ Jon Greenbaum</u>  
Jon Greenbaum  
Lawyers' Committee for Civil Rights Under Law  
1500 K Street NW, Suite 900  
Washington, DC 20005  
202-662-8315  
jgreenbaum@lawyerscommittee.org