# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: (202) 879-3656
JFALVEY@JONESDAY.COM

January 20, 2025

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mackey* (No. 23-7577)

Dear Ms. Wolfe:

    I respectfully request that my appearance in the above-captioned matter on behalf of Defendant-Appellant Douglass Mackey be withdrawn, as I am departing Jones Day effective January 27, 2025. Defendant-Appellant will continue to be represented by Eric S. Dreiband, Yaakov M. Roth, and Caleb P. Redmond.

    Respectfully submitted,

    */s/ Harry S. Graver*
    Harry S. Graver

    *Counsel for Douglass Mackey*

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON