# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: (202) 879-3656
JFALVEY@JONESDAY.COM

February 20, 2025

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Mackey* (No. 23-7577)

Dear Ms. Wolfe:

    I respectfully request that my appearance in the above-captioned matter on behalf of Defendant-Appellant Douglass Mackey be withdrawn, as I am departing Jones Day. Defendant-Appellant will continue to be represented by Eric S. Dreiband and Caleb P. Redmond.

    Respectfully submitted,

/s/ *Yaakov Roth*
Yaakov Roth
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-7658
yroth@jonesday.com