**GIBSON DUNN**

Cody M. Poplin
T: +1 202.955.8277
cpoplin@gibsondunn.com

February 20, 2025

VIA CM/ECF

Catherine O'Hagen Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re:     *United States v. Mackey* (No. 23-7577)

Dear Ms. Wolfe:

I respectfully request that my appearance in the above-captioned matter on behalf of Amicus Curiae Professor Eugene Volokh be withdrawn, as I am departing Gibson Dunn. Amicus Curiae Volokh will continue to be represented by Russell B. Balikian.

Respectfully submitted,

*/s/ Cody M. Poplin*
Cody M. Poplin

*Counsel for Amicus Curiae Eugene Volokh*

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W. | Washington, D.C. 20036-4504 | T: 202.955.8500 | F: 202.467.0539 | gibsondunn.com